IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Ellen Realson, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No.: 4:09-cv-3277-TLW |
| University Medical Pharmaceuticals Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

# ORDER

On May 6, 2010, United States Magistrate Judge Thomas E. Rogers, III, filed an Order granting the defendant's motion to transfer venue to the Central District of California. (Doc. # 32). The plaintiff filed objections to the Magistrate Judge's Order on May 20, 2010. (Doc. #36). The defense filed a reply on May 28, 2010. (Doc. # 37).

In reviewing objections to a nondispositve order of a Magistrate Judge, this Court applies Federal Rule of Civil Procedure 72(a). Under Rule 72(a), this Court will "modify or set aside any part of the order that is clearly erroneous or contrary to law."

The Court has carefully reviewed the Magistrate Judge's Order as well as the plaintiff's objections. The Court finds the Order of the Magistrate Judge to be well-reasoned. After a full review of the relevant caselaw cited and the relevant factors set forth in that caselaw, the Court finds that the Order of the Magistrate Judge is neither erroneous nor contrary to law.

For these reasons, the Order of the Magistrate Judge is hereby **AFFIRMED** and the plaintiff's objections to the Magistrate Judge's Order are hereby **OVERRULED**.

**IT IS SO ORDERED**.

                                                                                                           s/Terry L. Wooten
                                                                   United States District Judge

September 16, 2010
Florence, South Carolina